IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JONATHON STEER,

        Appellant,

 v.

Case No.  5D23-883
LT Case No. 2022-CT-028906-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed June 6, 2023

Appeal from the County Court
for Brevard County,
Michelle Vitt Baker, Judge.

Matthew J. Metz, Public Defender,
and Joseph Chloupek, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and SOUD, JJ., concur.